| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Valenti Law APC**<br><br>TELEPHONE NO.: **619-540-2355**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Ahmed Al-kubaisi** | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>MAILING ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>CITY AND ZIP CODE: **San Francisco 94102**<br>BRANCH NAME: **Phillip Burton Federal Building** | |
| PLAINTIFF/PETITIONER: **Ahmed Al-kubaisi** | CASE NUMBER:<br><br>**3:25-cv-02851-TSH** |
| DEFENDANT/RESPONDENT: **Raju Murarka Properties LLC, and DOES 1-10** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br><br>**Al-kubaisi v. Raju** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   SUMMONS IN A CIVIL ACTION; CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES; CIVIL COVER SHEET; COMPLAINT FOR: DENIAL OF CIVIL RIGHTS AND ACCESS TO PUBLIC FACILITIES TO PHYSICALLY DISABLED PERSONS IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990, (42 U.S.C. §12101, et seq.) AND THE UNRUH CIVIL RIGHTS ACT, (CALIFORNIA CIVIL CODE §51, et seq.); SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

3. a. Party served *(specify name of party as shown on documents served)*:
   **RAJU MURARKA PROPERTIES LLC - Bina Murarka - Registered Agent**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **joseline raju**

4. Address where the party was served:
   **933 MacArthur Blvd, San Leandro, CA 94577**

5. I served the party *(check proper box)*

   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   at *(time):*

   b. [X] **by substituted service.** On *(date):* **04/17/2025** at *(time):* **10:30 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **joseline raju, I delivered the documents to joseline raju who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a black-haired female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses.**

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: 0167917923

REF: **Al-kubaisi v. Raju**

| PLAINTIFF/PETITIONER: Ahmed Al-kubaisi | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Raju Murarka Properties LLC, and DOES 1-10 | 3:25-cv-02851-TSH |

    (4) [X] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed
        on *(date)*:    from *(city)*:    or [X] a declaration of mailing is attached.

    (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) [ ] with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [X] On behalf of *(specify)* **RAJU MURARKA PROPERTIES LLC - Bina Murarka - Registered Agent c/o Bina Murarka -**
  under the following Code of Civil Procedure section:

      [X] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
          [ ] other:

7. **Person who served papers**
  a. Name:    **Tarhea Kendricks**
  b. Address:    **7420 San Ramon Rd, 1, Dublin, CA 94568**
  c. Telephone number:    **925-895-5348**
  d. The fee for service was:    **$ 75.00**
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] registered California process server:
      (i) [ ] owner  [ ] employee  [X] independent contractor.  For:  **ABC Legal Services, LLC**
      (ii) [X] Registration No.:  **1652**    Registration #:  **6779**
      (iii) [X] County:  **Alameda county**    County:  **Los Angeles**

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]


REF: **Al-kubaisi v. Raju**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0167917923**



8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 05/01/2025

**Tarhea Kendricks**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Valenti Law APC**<br><br>TELEPHONE NO.: **619-540-2355**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Ahmed Al-kubaisi** | **FOR COURT USE ONLY** |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>MAILING ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>CITY AND ZIP CODE: **San Francisco 94102**<br>BRANCH NAME: **Phillip Burton Federal Building** | |
| PLAINTIFF/PETITIONER: **Ahmed Al-kubaisi** | CASE NUMBER:<br>**3:25-cv-02851-TSH** |
| DEFENDANT/RESPONDENT: **Raju Murarka Properties LLC, and DOES 1-10** | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**Al-kubaisi v. Raju** |

Party to Serve:
**RAJU MURARKA PROPERTIES LLC - Bina Murarka - Registered Agent c/o Bina Murarka - Registered Agent**

Documents:
**SUMMONS IN A CIVIL ACTION; CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES; CIVIL COVER SHEET; COMPLAINT FOR: DENIAL OF CIVIL RIGHTS AND ACCESS TO PUBLIC FACILITIES TO PHYSICALLY DISABLED PERSONS IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990, (42 U.S.C. §12101, et seq.) AND THE UNRUH CIVIL RIGHTS ACT, (CALIFORNIA CIVIL CODE §51, et seq.); SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

Service Address:
**933 MacArthur Blvd, San Leandro, CA 94577**

I declare the following attempts were made to effect service by personal delivery:
**4/13/2025 10:05 AM: There was no answer at the address.**
**4/16/2025 8:30 PM: I was unable to access the address due to secured building although I called available phones, call box.**

Person who performed diligence:
**Tarhea Kendricks**
**7420 San Ramon Rd 1, Dublin, CA 94568**
**925-895-5348**

I am a registered California process server
  Registration No.: 1652
  County: Alameda county

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 05/01/2025

_____          _____
Tarhea Kendricks                                        (SIGNATURE)
(NAME OF PERSON WHO PERFORMED DILIGENCE)

