| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br>Valenti Law APC <br><br>TELEPHONE NO.: 619-540-2355   FAX NO. *(Optional)*: <br>E-MAIL ADDRESS *(Optional)*: <br>ATTORNEY FOR *(Name)*: Ahmed Al-kubaisi | FOR COURT USE ONLY |
|---|---|
| United States District Court, Northern District of California <br>STREET ADDRESS: 450 Golden Gate Ave. 16th Floor <br>MAILING ADDRESS: 450 Golden Gate Ave. 16th Floor <br>CITY AND ZIP CODE: San Francisco 94102 <br>BRANCH NAME: Phillip Burton Federal Building | |
| PLAINTIFF/PETITIONER: Ahmed Al-kubaisi <br>DEFENDANT/RESPONDENT: Raju Murarka Properties LLC, and DOES 1-10 | CASE NUMBER: <br>3:25-cv-02851-TSH |
| **DECLARATION OF MAILING** | Ref. No. or File No.: <br>Al-kubaisi v. Raju |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **May 01, 2025**, after substituted service was made, I mailed the following documents: **SUMMONS IN A CIVIL ACTION; CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES; CIVIL COVER SHEET; COMPLAINT FOR: DENIAL OF CIVIL RIGHTS AND ACCESS TO PUBLIC FACILITIES TO PHYSICALLY DISABLED PERSONS IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990, (42 U.S.C. §12101, et seq.) AND THE UNRUH CIVIL RIGHTS ACT, (CALIFORNIA CIVIL CODE §51, et seq.); SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles, CA**.

That I addressed the envelope as follows:

RAJU MURARKA PROPERTIES LLC - Bina Murarka - Registered Agent <br>
933 MacArthur Blvd <br>
San Leandro, CA 94577

BY FAX

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 5/01/2025 at Los Angeles, CA.

Declarant: **Jesus Alvarez**, Reg. # 6585


REF: Al-kubaisi v. Raju

Tracking #: **0167915898**
