THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
scott@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendant
RAJU MURARKA PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAJU MURARKA PROPERTIES LLC; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 3:25-cv-02851-TSH<br><br>Stipulation to Extend Time for Defendant RAJU MURARKA PROPERTIES, LLC to Respond to Complaint<br><br>(L.R. 6-1(a))<br><br>Complaint served: 5/11/2025<br>Original response date: 6/2/2025<br>New response date: 7/2/2025 |

　　　　The following stipulation is entered into by and between Plaintiff AHMED AL-KUBAISI ("Plaintiff"), on the one hand, and Defendant RAJU MURARKA PROPERTIES, LLC (sued in this action as "RAJU MURARKA PROPERTIES LLC" and referred to herein as "Defendant"), on the other, in this action (Plaintiff and Defendant are referred to as the "Parties" herein), by and through their respective counsel of record. The Parties hereby enter into the following stipulation:

　　　　1. Plaintiff agrees to give Defendant an extension to respond to Complaint filed in this action.

　　　　2. The original due date for Defendant to respond to the Complaint was on June 2, 2025.

1      3. It is agreed and stipulated that the new due date for Defendant to respond to the Complaint in
2  this action will be July 2, 2025.
3      4. Pursuant to Local Rule 6-1(a), this extension will not alter the date of any event or any
4  deadline already fixed by Court order.  This stipulation is made in good faith and not for the purpose of
5  causing unwarranted delay. This is Defendant's first stipulation for an extension.
6      Good cause exists for this extension as defense counsel has only recently been retained for this
7  case and requires time to become knowledgeable about the case before responding to the Complaint.
8  The Parties also agree that the additional time to investigate this matter and engage in settlement
9  discussions that will be afforded by the agreed-to extension of time to respond to the Complaint will
10 facilitate, and increase the chances of, early resolution of this matter with respect to Defendant.
11     Accordingly, IT IS SO STIPULATED.

DATED:  5/29/2025    **VALENTI LAW APC**

By:   /s/ Matthew D. Valenti
      Matthew D. Valenti, Esq.
      Attorneys for Plaintiff
      AHMED AL-KUBAISI

DATED:  5/29/2025    **THE KARLIN LAW FIRM LLP**

By:   /s/ Rex T. Reeves
      Rex T. Reeves, Esq.
      Attorneys for Defendant
      RAJU MURARKA PROPERTIES, LLC

**SIGNATURE ATTESTATION**

I, Rex T. Reeves, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                 _/s/ Rex T. Reeves_____
                                                 Rex T. Reeves