1  VALENTI LAW APC
   Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
3  5252 Balboa Avenue, Suite 700
   San Diego, CA 92117
4  Phone: (619) 540-2189

5  Attorney for Plaintiff Ahmed Al-Kubaisi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI, | Case No.: 3:25-cv-02851-TSH |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| Raju Murarka Properties LLC; and DOES 1-10, | |
| Defendants. | |

NOTICE OF SETTLEMENT - 1

Plaintiff Ahmed Al-Kubaisi hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED: June 6, 2025                           VALENTI LAW APC


                                              By:  */s/ Matt Valenti*
                                                   Matt Valenti, Esq.
                                                   Attorney for Plaintiff
                                                   Ahmed Al-Kubaisi