UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAJU MURARKA PROPERTIES LLC,<br><br>　　　　Defendant. | Case No. 25-cv-02851-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 13. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by August 05, 2025.

**IT IS SO ORDERED.**

Dated: June 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge