1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
4  San Diego, CA 92117
   Phone: (619) 540-2189
5
6  Attorney for Plaintiff Ahmed Al-Kubaisi

7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11

12  AHMED AL-KUBAISI,                    Case No.: 3:25-cv-02851-TSH
13              Plaintiff,
14      vs.                              NOTICE OF VOLUNTARY
                                         DISMISSAL PURSUANT TO FED.
15                                       RULE CIV. PROC. 41 (a)(1)(A)(i)
16  Raju Murarka Properties LLC; and
17  DOES 1-10,
18
19              Defendants.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Ahmed Al-Kubaisi voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  June 19, 2025                                    VALENTI LAW APC


                                              By:  */s/ Matt Valenti*
                                                   Matt Valenti, Esq.
                                                   Attorney for Plaintiff
                                                   Ahmed Al-Kubaisi